IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:19-cr-260-TSE |
| | The Honorable T. S. Ellis |
| FREDY FABIAN ALFARO | |

### DEFENDANT'S MOTION FOR LEAVE TO FILE POSITION ON SENTENCING AND RELATED EXHIBITS UNDER SEAL

Comes Now, Defendant, by counsel, and pursuant to Local Criminal Rule 49(e) respectfully moves this Court to permit the Defendant to file his Position on Sentencing and related exhibits under seal. Sealing of the Position on Sentencing and its exhibits is necessary where it references discovery governed by the protective order in this case (Doc. No. 35), discusses sensitive information concerning childhood trauma suffered by the Defendant and family members, and references a sealed document (Doc. No. 115).

A proposed Order is attached hereto.

Respectfully Submitted,
FREDY FABIAN ALFARO
By Counsel

     /s/ Joseph King
Joseph King (VSB#65632)
King, Campbell & Poretz PLLC
108 N. Alfred Street, 2nd Floor
Alexandria, VA 22314
Telephone - (703) 683-7070
Fax - (703) 652-6010
jking@kingcampbell.com

## CERTIFICATE OF SERVICE

    I certify that a copy of this pleading was filed with the ECF system on November 2, 2020, which will send notice to counsel of record.

          /s/ Joseph King
Joseph King (VSB #65632)
King, Campbell & Poretz PLLC
108 N. Alfred Street, 2nd Floor
Alexandria, VA 22314
Telephone - (703) 683-7070
Fax - (703) 652-6010
jking@kingcampbell.com