IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FREDY FABIAN ALFARO | Case No. 1:19-cr-260<br><br>The Honorable T.S. Ellis |

### DEFENDANT'S MOTION TO JOIN AND ADOPT THE REASONING AND ARGUMENTS OF CO-DEFENDANT JIMMY MCCRAY'S ADDENDUM TO POSITION WITH RESPECT TO SENTENCING

Defendant Fredy Fabian Alfaro respectfully moves to join and adopt the reasoning and arguments presented in co-defendant Jimmy McCray's Addendum to Position with Respect to Sentencing (Doc. No. 174). In the co-defendant's addendum, he argues that the second degree murder guideline should apply to this matter. Both defendants are charged with and pled guilty to the same offenses (i.e. violations of 21 U.S.C. § § 841 and 846 (j) and 18 U.S.C. §§ 924(j)), agreed to the same essential facts, and the arguments made by co-defendant McCray are likewise applicable to Mr. Alfaro's sentencing guidelines' determination.

Based on the foregoing, in addition the arguments in Defendant's Position on Sentencing (Doc. No. 169) concerning the application of the second degree murder guideline, he respectfully requests that his motion be granted. A proposed order is attached.

                                                  Respectfully submitted,
                                                  FREDY FABIAN ALFARO
                                                  By counsel

\_\_\_\_/s/_____
Joseph King
VA Bar # 65632
King, Campbell, Poretz, Pllc
108 N. Alfred Street
Alexandria, VA 22314
Phone: 703-683-7070
Facsimile: 703-652-6010
jking@kingcampbell.com


\_\_\_\_\_/s/_____
Dwight E. Crawley
VA Bar 43969
*Counsel for Fredy Fabian Alfaro*
Law Office of Dwight Crawley 1300 I. Street NW
Suite 400E
Washington, DC 20005
(202) 580-9794 Phone
(202) 722-0246 Fax
vadclawyer@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of this pleading and proposed order were filed through the ECF system this 5th day of November, 2020, which will provide notice to counsel of record.

          /s/ Joseph King
Joseph King (VSB #65632)
King, Campbell & Poretz PLLC
108 N. Alfred Street, 2nd Floor
Alexandria, VA 22314
Telephone - (703) 683-7070
Fax - (703) 652-6010
joe@kingcampbell.com